UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 4 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDREW J.J. WOLF and R. HANS KRUGER,<br><br>  Plaintiffs-Appellants,<br><br>  v.<br><br>IDAHO STATE BOARD OF CORRECTIONS; et al.,<br><br>  Defendants-Appellees. | No. 17-35273<br><br>D.C. No. 1:12-cv-00526-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' unopposed motion (Docket Entry No. 46) to file Volumes 8 and 9 of the supplemental excerpts of record under seal is granted. The Clerk shall publicly file the motion, the answering brief, and Volumes 1 through 7 of the supplemental excerpts of record, and shall file Volumes 8 and 9 under seal.

In light of appellants' notice (Docket Entry No. 52) of incomplete service of the supplemental excerpts of record, and appellees' certificate of corrected service (Docket Entry No. 53), the optional reply brief is now due 21 days after the date of this order.

SVG/Sealed Documents